

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

November 21, 2007

BY HAND

Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re:   *Kakushadze v. Chertoff, et al.*, 07 Civ. 8388 (DCF)

Dear Judge Freeman:

   I write respectfully to request a thirty-day extension of the Government's time to answer or otherwise respond to the complaint for mandamus in this lawsuit challenging the Government's actions relating to petitioner's application for naturalization. The Government's response is currently due on November 26, 2007, and the Government is drafting a motion to dismiss the action for lack of jurisdiction.

   This is the Government's first request for an extension of time in this matter. Petitioner consents to this request for an extension.

   I thank the Court for its consideration of this request.

**MEMO ENDORSED**

SO ORDERED:   DATE: 12/5/07

_____
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
*Attorney for Defendants*

By:   /s/ Daniel P. Filor
      DANIEL P. FILOR
      Assistant United States Attorney
      Telephone: (212) 637-2726
      Facsimile:  (212) 637-2717

cc: Jan Brown, Esq. (Counsel for petitioner) (by fax)