

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 21, 2007

BY HAND

Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Kakushadze v. Chertoff, et al.*, 07 Civ. 8338 (DCF)

Dear Judge Freeman:

  I write respectfully to request an additional one-week extension of the Government's time to answer or otherwise respond to the complaint for mandamus in this lawsuit challenging the Government's actions relating to petitioner's application for naturalization. The Government's response is currently due on December 26, 2007, and the Government is drafting a motion to dismiss the action for lack of jurisdiction. The Court has scheduled a conference with the parties for January 3, 2008, at 12 p.m., and if the Court were to grant the Government's present extension request, the Government's motion to dismiss would be due on the same date that the conference will be held.

  This is the Government's second request for an extension of time in this matter. Petitioner consents to this request for an extension.

  I thank the Court for its consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
*Attorney for Defendants*

SO ORDERED:   DATE: 12/26/07

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

By:   /s/ Daniel P. Filor
DANIEL P. FILOR
Assistant United States Attorney
Telephone: (212) 637-2726
Facsimile: (212) 637-2717

cc: Jan Brown, Esq. (Counsel for petitioner) (by fax)