MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2726
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ZURAB KAKUSHADZE, A# 78-704-408,         :
                                         :
                 Plaintiff,              :
                                         :
     -against-                           :   07 Civ. 8338 (DCF)
                                         :
MICHAEL CHERTOFF, Secretary of the       :   ECF Case
Department of Homeland Security, and     :
ROBERT MUELLER, Director, Federal Bureau :   Notice of Motion
of Investigation,                        :
                                         :
                 Defendants.             :
                                         :
------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and other pleadings filed in this action, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT MUELLER, Director of the Federal Bureau of Investigation, by and through their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 3, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendants

                                        /s/ Daniel P. Filor
                            By:   DANIEL P. FILOR
                                      Assistant United States Attorney
                                      86 Chambers Street
                                      New York, New York 10007
                                      Tel.: (212) 637-2726
                                      Fax:  (212) 637-2717

To:    Jan H. Brown, Esq.
        Law Offices of Jan H. Brown, P.C.
        1150 Avenue of the Americas, Suite 700
        New York, New York 10036
        *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ZURAB KAKUSHADZE, A# 78-704-408,

                Plaintiff,

    -against-                                         07 Civ. 8338 (DCF)

MICHAEL CHERTOFF, Secretary of the         Certificate of Service
Department of Homeland Security, and
ROBERT MUELLER, Director, Federal Bureau
of Investigation,

                Defendants.
------------------------------------------------------------ x

    I, DANIEL P. FILOR, an Assistant United States Attorney for the Southern District of New York, hereby certify that on January 3, 2008, I caused a copy of Defendants' Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss, Declaration of Heidi Buolle, and Declaration of Michael A. Cannon, to be served by Federal Express upon counsel for plaintiff at the below address:

    Jan H. Brown, Esq.
    Law Offices of Jan H. Brown, P.C.
    1150 Avenue of the Americas, Suite 700
    New York, New York 10036
    *Attorney for Plaintiff*

                                                   Daniel P. Filor