USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ZURAB KAKUSHADZE, A# 78-704-408,

                             Plaintiff,                   07 Civ. 8338 (DF)

        -against-                               **ORDER**

MICHAEL CHERTOFF, Secretary of the Department of
Homeland Security, and ROBERT MUELLER, Director
Federal Bureau of Investigation,

                             Defendant.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held an initial conference on January 3, 2008, with counsel for all parties; and the Court having received defendants' Motion to Dismiss, dated January 3, 2008; it is hereby ORDERED that:

      1.    Plaintiff's opposition to defendants' Motion to Dismiss shall be served and filed no later than February 6, 2008, and defendants' reply, if any, shall be served and filed no later than February 20, 2008.

      2.    All fact discovery shall be completed no later than April 30, 2008.

Dated:  New York, New York
           January 8, 2008

                                                    SO ORDERED

                                                    _/s/ Debra Freeman_
                                                    DEBRA FREEMAN
                                                    United States Magistrate Judge

Copies to:

Jan H. Brown, Esq.
Law Office of Jan H. Brown, P.C.
1150 Avenue of the Americas
Suite 700
New York, NY 10036

Daniel Post Filor, Esq.
Assistant U.S. Attorney
86 Chambers Street
New York, NY 10007