# MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zurab Kakushadze,<br>    A46-132-266<br>                Plaintiff,<br><br>    -against-<br><br>MICHAEL CHERTOFF, SECRETARY OF THE<br>DEPARTMENT OF HOMELAND SECURITY<br>    and<br>ROBERT MUELLER, DIRECTOR,<br>FEDERAL BUREAU OF INVESTIGATION<br>                Defendants. | 07 Civ. 8338 (DCF)<br><br>ECF Case |

## REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Comes now the Plaintiff, ("Plaintiff or "Mr. Zurab Kakushadze"), by and through his attorneys, the Law Office of Jan H. Brown, PC and pleads as follows:

We hereby request an additional two weeks in which to submit a Memorandum in response to the Defendant's Motion to Dismiss, originally due February 6, 2008.

We have contacted the attorney for the Defendants, and have not heard back from him at this time. We ask for more time in order to conduct additional research in order to fortify our arguments. We believe that this additional time is necessary in order to answer the Defendants' strong and lengthy opposition to this Writ of Mandamus, and that doing so is in the best interests of our clients and of justice.

Dated: New York, New York
       February 5, 2008

*[Handwritten endorsement:]* paragraph 1 of / The dates set forth in the Court's scheduling order of 1/8/08 are extended as follows: Plaintiff's opposition to the motion to dismiss shall be served and filed no later than 2/20/08, and defendants' reply, if any, shall be served and filed no later than 3/5/08. The deadline for fact discovery remains at 4/30/08.

Respectfully submitted,

*/s/ Jan H. Brown*

SO ORDERED:   DATE: 2/6/08

*/s/ Debra Freeman*

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Law Office of Jan H. Brown, PC
Jan H. Brown, Esq.
1150 Ave. of the Americas, Ste. 700
New York, NY 10036

Counsel for Plaintiff