Law Offices of
# Jan H. Brown, P.C.
1150 Avenue of the Americas   Suite 700
New York NY 10036

Tel: (212) 397-2800          E-mail: jhb@janHbrown.com          Fax: (212) 397-7376

December 05, 2007

<u>Via fax & regular mail</u>
(212) 637-2717
Attn: Daniel Filor, AUSA
U. S. Attorney's Office, SDNY
Civil Division
86 Chamber Street, 6th floor
New York, NY 10007

  Re: Kakushadze v. Chertoff
    Case No. 1:07-cv-08338

Dear Mr. Filor:

  As a follow up to our recent conversation I wish to advise you as to why it is urgent that Zurab Kakushadze be naturalized as soon as possible. Primarily Mr. Kakushadze wants to sponsor for lawful permanent resident status, his mother, Ludmila Kakushadze, who is a citizen of Georgia and residing in that country. Georgia is at present suffering dire political and economic conditions, (see exhibit A) which have impacted upon Mr. Kakushadze's mother. For example, Mr. Kakushadze's mother has no central heating system in her apartment, as conditions have deteriorated to the point where central heating doesn't exist in most places. The only way she can stay warm during the cold nights is by turning on her gas stove, which as we know is a very dangerous way of staying warm. There is a small window she must keep open so that carbon monoxide does not accumulate. It is possible that this arrangement is slowly poisoning her based on impurities in the gas being burned. Additionally, the supply of gas is not consistent, so there are times when this woman is subject to freezing nights. Electricity does not flow consistently either, so an electric heater is not a solution to her physical discomfort. There is no hot water and frequently there is no water whatsoever, so it is difficult for Ludmila Kakushadze to maintain both cleanliness and healthful conditions. The country is politically unstable and its future is uncertain, further stressing Mrs. Kakushadze.

  Ludmila Kakushadze is a widow, whose husband died in January 2005 of cardiovascular disease, at the age of 64, due to lack of adequate medical treatment, which was unavailable. Mr. Kakushadze believes his father would still be alive were he to have

been in the U.S as we have superior medical treatment available (see exhibit B, medical conditions in Georgia). Mrs. Kakushadze's last living parent died in July, 2006 so she is all alone living in these terrible conditions. Medical care is deteriorating in Georgia, so if she were to fall seriously ill, there is a danger that she will not survive. Additionally, Ludmila's entire surviving family resides in the United States. This consists of Mr. Kakushadze and his naturalized U.S. citizen wife, Elodie Gora-Kakushadze, and U.S. citizen daughter, Mirabelle Kakushadze, as well as Irakli Kakushadze, Ludmila's other child, a U.S. resident who is married to a naturalized U.S. citizen and resides in Reston, Virginia.

Based upon the dire conditions in Georgia and for purposes of family unification, we respectfully request that you advise your client, U.S.C.I.S., to expedite the processing of Zurab Kakushadze's pending naturalization application.

Very truly yours,
JAN H. BROWN, P.C.

by: Jan H. Brown, Esq.

My documents/2007/ Kakushadze 11.26.07
JHB/dq



| BBC | Home | News | Sport | Radio | TV | Weather | Languages |

○ UK version  ● International version | About the versions

Search
Low graphics | Accessibility help

**News services**
Your news when you want it

▶ WATCH **One-Minute World News**

News Front Page

Last Updated: Thursday, 26 January 2006, 18:34 GMT
✉ E-mail this to a friend

## In pictures: Georgian fuel crisis

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
Business
Health
Science/Nature
Technology
Entertainment
Also in the news
-----------------
Video and Audio
-----------------
Have Your Say
In Pictures
Country Profiles
Special Reports

RELATED BBC SITES
SPORT
WEATHER
ON THIS DAY
EDITORS' BLOG



Residents of the Georgian capital, Tbilisi, have been queuing for bottled gas since supplies from Russia failed.

Back          1 2 3 4 5 6                                    Next

✉ E-mail this to a friend

**RUSSIA GAS ROW**
**LATEST NEWS**
Chechens freeze as gas is cut off
Russia blamed for 'gas sabotage'
Ukrainian cabinet in gas crisis
'Lessons' for EU from gas crisis
Ukraine and Russia in gas deal

**FEATURES AND ANALYSIS**



**Street protest**
Georgians blame President Putin personally for their country's energy crisis

Kiev power games
Russia takes a stand
Q&A: Ukraine government crisis
Energy and power play
Q&A: Ukraine gas row

**BACKGROUND**
Where Europe gets its gas from
Gazprom's global ambitions

**HAVE YOUR SAY**
What effect will deal have?

**RELATED INTERNET LINKS:**
Georgian parliament
Russian government (in Russian)
The BBC is not responsible for the content of external internet sites

**TOP IN PICTURES STORIES**
Day in pictures
Venezuela's referendum
Voting in Russia
| News feeds

**PRODUCTS AND SERVICES**
E-mail news    Mobiles    Alerts    News feeds    Podcasts

MMVII    Most Popular Now | The most read story in the UK is: Wife killed 'over cyber affair'    Back to top ^^

Help | Privacy and cookies policy | News sources | About the BBC | Contact us



| | Home | News | Sport | Radio | TV | Weather | Languages |

○ UK version  ● International version  About the versions

 Search

Low graphics | Accessibility help

**News services**
Your news when you want it

▶ WATCH One-Minute World News

**News Front Page**

Last Updated: Thursday, 26 January 2006, 18:34 GMT
✉ E-mail this to a friend

# In pictures: Georgian fuel crisis

- Africa
- Americas
- Asia-Pacific
- Europe
- Middle East
- South Asia
- UK
- Business
- Health
- Science/Nature
- Technology
- Entertainment
- Also in the news
- -----------------
- Video and Audio
- -----------------
- Have Your Say
- In Pictures
- Country Profiles
- Special Reports

**RELATED BBC SITES**
- SPORT
- WEATHER
- ON THIS DAY
- EDITORS' BLOG



Pensioners have been seen queuing for heavy gas cylinders, then struggling to get them home.

Back        1 2 3 4 5 6        Next

✉ E-mail this to a friend

**RUSSIA GAS ROW**

**LATEST NEWS**
- Chechens freeze as gas is cut off
- Russia blamed for 'gas sabotage'
- Ukrainian cabinet in gas crisis
- 'Lessons' for EU from gas crisis
- Ukraine and Russia in gas deal

**FEATURES AND ANALYSIS**

 **Street protest**
Georgians blame President Putin personally for their country's energy crisis

- Kiev power games
- Russia takes a stand
- Q&A: Ukraine government crisis
- Energy and power play
- Q&A: Ukraine gas row

**BACKGROUND**
- Where Europe gets its gas from
- Gazprom's global ambitions

**HAVE YOUR SAY**
What effect will deal have?

**RELATED INTERNET LINKS:**
- Georgian parliament
- Russian government (in Russian)

The BBC is not responsible for the content of external internet sites

**TOP IN PICTURES STORIES**
- Day in pictures
- Venezuela's referendum
- Voting in Russia

🗞 | News feeds

**PRODUCTS AND SERVICES**
E-mail news | Mobiles | Alerts | News feeds | Podcasts

MMVII   Most Popular Now | The most read story in the UK is: Wife killed 'over cyber affair'    Back to top ^^

Help | Privacy and cookies policy | News sources | About the BBC | Contact us

Yahoo! UK & Ireland   My Yahoo!   Mail

YAHOO! TRAVEL UK & IRELAND      Welcome, shardak_2003 [ Sign out , My Account ]

Search the Web [_____] [Search]

Travel Home - Help

Travel Home | Travel Guides | Flights | Hotels | Holidays | Car Hire | City Breaks | Ski | Trip Planner

Search Yahoo! Travel : [_____]  [Search Travel Guides] [Search Offers]

Travel > Guides > Asia > Republic of Georgia > Getting there & Getting around

Republic of Georgia:  Overview | Cities | Hotels | Booking                    Newsletter sign up

**Republic of Georgia Guides**

Introduction
Getting there & Getting around
Not to miss
History
Facts for the Traveller
Weather

# Getting there & Getting around

### Getting there

Because of Georgia's chronic energy crisis, blackouts continue to darken Tbilisi with some regularity, particularly in the winter. Be prepared for airport delays if a prolonged outage occurs. Though blackouts have, in the past, disabled the airport's guidance beacon, no serious accidents have occurred here. Two local carriers - Georgian Airlines and Air Georgia - have hubs at Tbilisi, from which they serve various regional destinations. Larger airlines serving the airport include British Airways, Lufthansa and Turkish Airlines; Aeroflot provides service to Tbilisi from destinations throughout the former Soviet Bloc via Moscow.

The highway that connects Georgia and Russia along the Abkhazian coast via the Caucasian Range tunnel is closed. Other road entry points include the route via the Georgian Military Highway, which runs through the Dariali gorge and through to Turkey, Armenia and Azerbaijan in the south. Travellers report that bribes are often expected at border crossings - bring patience and a sense of humour.

Three large ports (Batumi, Poti, Sukhumi) are located on the Black Sea coast of Georgia. Ferries run from both ports to, Sochi in Russia, Ilyichevsk in Ukraine. Hitching lifts on the cargo boats to Odessa, Trabzon and Istanbul is very difficult.

### Getting around

There are domestic flights available between Tbilisi's Central Airport and Kutaisi, Butami and Senaki. If you're near the mountains, you might find helicopters used, but they're as expensive as you would imagine.

Aside from Tbilisi, roads are generally in poor condition and lack shoulder markings and centre lines. Driving at night can be especially dangerous, and there have been reports of tourists being robbed and car jacked, though it's certainly not the norm; even so, stop only for police or the military. Hire cars with a driver are available for around 40.00 plus petrol.

The Transcaucasian Railway main line connects two railway branches, from Baku (Azerbaijan) and from Yerevan (Armenia). The main line stretches towards Russia through Georgia, along the Black Sea coastline. Currently the line is blocked due to the conflict in Abkhazia, so rail travel in the north and west is very difficult. Travel elsewhere, Tbilisi to Batumi for example, is possible, though train services are infrequent to some destinations. Buses regularly run from Tbilisi to regional centres in Georgia as well as to Armenia, Azerbaijan, Russia and Turkey.

Public transport is reasonably priced and quite regular in the capital, with an underground train system, bus, cable-car and trams all plying the streets of Tbilisi. Locals have recently been issuing warnings about theft on the underground. Taxis are mainly privately owned cars but registered taxis



(Advertisement)

energy source algarve.

TURISMO DE PORTUGAL  algarve



**Compare & Book Now!**

Compare and find the best price:

Flights to Republic of Georgia
Hotels in Republic of Georgia
Holidays in Republic of Georgia
Car hire in Republic of Georgia
City Breaks in Republic of Georgia

**Sponsored Links**

**"Archers Direct Holidays"**
Free Travel Insurance on **Holidays**. Departing 1 May - 31 Oct 2008.
www.archersdirect.co.uk

**"Discount Flight Offers with Expedia"**
Book your flight, your accommodation and your car hire in one place - Expedia.
www.expedia.co.uk

**"Georgia Holiday"**
Cheap last minute deals to 1000's **of** luxury destinations worldwide.
www.Telegraph.co.uk

**"Georgia Holiday"**

69


PRINT EDITION
Mr Palestine
The only man who could make it happen

Full contents  Subscribe
Enlarge current cover
Past issues/regional covers

NEWS ANALYSIS
POLITICS THIS WEEK
BUSINESS THIS WEEK
OPINION
Leaders
Letters to the editor
Blogs
Columns
Kallery
WORLD
United States
The Americas
Asia
Middle East & Africa
Europe
Britain
International
Country Briefings
Cities Guide
SPECIAL REPORTS
BUSINESS
Management
Business Education
FINANCE & ECONOMICS
Economics Focus
Economics A-Z
SCIENCE & TECHNOLOGY
Technology Quarterly
BOOKS & ARTS
Style Guide
PEOPLE
Obituary
MARKETS & DATA
Weekly Indicators
Currencies
Rankings
Big Mac Index
Chart Gallery
DIVERSIONS
Correspondent's Diary
RESEARCH TOOLS
AUDIO
DELIVERY OPTIONS
E-mail Newsletters
Audio edition
Mobile Edition
RSS Feeds
Screensaver
CLASSIFIED ADS
The Economist Group
Economist Intelligence Unit



News analysis: top story   Get article background

### Georgia
# Georgia, no peace I find
Nov 10th 2007
From Economist.com

**Snap elections will not end the woes**


AFP

GEORGIA'S current political mess started with allegations of cronyism and abuse of power at the highest level. It continued with demonstrations, mostly peaceful but with some violence. They were broken up by a police action involving a lot more. Then the authorities said they were battling an alleged Kremlin-backed putsch.

Now a state of emergency has enabled the authorities to black out opposition radio and television stations (and in some cases smash their equipment). Public meetings have been banned. That has given all sides a chance to shout "provokatsiya", a Russian word with no direct translation, much used in the ex-communist world. Literally, it means a "provocation", but with elements of "stunt" and "dirty trick".



The upshot is that Mikheil Saakashvili, the strong-headed pro-Western president who triumphed in the 2003 "rose revolution", seems to have let himself be provoked to the point of near disaster. He has handed a propaganda gift to his Russian adversaries, severely dented his self-proclaimed credentials as a democrat, and dismayed his friends abroad. On Thursday November 8th Mr Saakashvili tried to defuse some of the tension by calling hasty presidential elections for January 5th.

Mr Saakashvili and his allies in government already have a strong electoral mandate. Big demonstrations do not necessarily trump that. The country's economic, regulatory and military reforms have been by any standard a stunning success. And the opposition is in large part incoherent and hysterical, and may well be financed or even organised by outside forces that wish the country ill. Today Georgia publicly accused Badri Patarkatsishvili, a tycoon who co-owns Imedi, an opposition television and radio station, with Rupert Murdoch, of trying to stage a coup (how Mr Patarkatsishvili, who is exiled from Russia, would fit in with the alleged Kremlin involvement is not clear).

But other aspects are troubling. The presidency's strong powers make it particularly important that decision-making is based on the best available advice and is exercised with scrupulous clarity and care. Mr Saakashvili's impulsive temperament, coupled in some cases with a blind eye to his friends' flaws, have created a worrying impression of both cronyism and a liking for a brusque, even bullying, style. He is keener on building a functioning state than building a democracy. His heroes are not the likes of Thomas Jefferson, but Kemal Ataturk.

Economic reform alone is not a recipe for happiness. Georgia's stunning GDP growth (perhaps over 10% by the end of the year, despite Russian trade sanctions) is great news for the well-educated urban middle classes. It has yet to mean as much for the ill-educated, elderly and rural population. But they have votes too: making them

Printable page
E-mail this
Get e-mail alerts
RSS feed
Bookmark

**Related Items**

**From The Economist**
Dramatic claims of murder and corruption in Georgia (EIU ViewsWire)
Oct 10th 2007
Europe.view
Aug 9th 2007
Shevardnadze toppled
Nov 26th 2003

**Websites**
Eurasianet and the International Crisis Group post news, reports and background information on Georgia. See also the president of Georgia.

**New on Economist.com**
Nawaz Sharif returns to Pakistan
Nov 26th 2007
Australia's new government plans a new foreign policy
Nov 26th 2007
What may make the headlines
Nov 25th 2007
Airbus struggles against the weak dollar, and more
Nov 24th 2007
A referendum on opting into Europe (EIU ViewsWire)
Nov 26th 2007

Advertisement

In part, this is because of the painful changes the country has undergone under the leadership of Saakashvili and his young team.

The World Bank has lavished the Georgian government with praise for achieving double-digit economic growth, overcoming the country's energy shortages, tackling corruption and securing a big increase in foreign investment.

But radical economic reforms have been an unpleasant cold shower for most citizens. One third of the population still lives on or below the poverty line, unemployment is still high and price rises have not been matched by corresponding raises in pensions and benefits.

However, experts say the latest street protests were triggered as much by style as by substance – specifically by the once-populist president's failure to communicate with his people, hold a dialogue with his opponents, or tolerate criticism.

Saakashvili has spent much of his presidency on foreign trips which have boosted Georgia's international image, but left him less sensitive to how his leadership is perceived at home.

"One can say with confidence that it was the cynicism of the authorities that brought people out on to the streets," political analyst Paata Zakareishvili told IWPR. "The decisive factor was the arrogance, high-handedness and excesses of the authorities and their 'I do what I want' attitude."

Archil Gegeshidze of the Georgian Foundation for Strategic and International Studies noted that "in Saakashvili's actions, both in this specific instance [the events of November 7] and in general, one senses the strong influence of his inner circle. And this influence has led him to fail to respond properly."

There are also serious concerns about the state of the judicial system and the protection of human rights and private property.

One of the authors of Georgia's current constitution, Professor Vakhtang Khmaladze, told IWPR, "The low level of independence of the courts in Georgia has had a negative impact on the state of human rights and also on the economy. People have the feeling that justice in this country is a selective process."

Saakashvili has blamed Russia for provoking the political crisis.

Under his presidency, relations with Moscow have sunk to a new low, with Russia imposing an economic embargo on Georgia and halting the issuing of visas to its citizens.

- Yanukovich believes he would remain Ukrainian PM
- French strike to draw to a close

Central Asia
- Nomination of Nawaz Sharif
- Zubkov's Visit to Turmenistan and Relations between two countries
- Musharraf: The Fateful Moment (by Shaun Gregory)
- Saudi Arabia to behead Pakistani convicted of drug trafficking
- Sharif returns to Pakistan

Middle East
- Political Divide on Iraq War Funding
- Israeli Air Strike
- Bush Meets Olmert and Abbas
- Iranian Jet Crashed into Oman Sea
- Turkey Mediating to Overcome the Political Crisis in Lebanon

World
- Putin Accused the US of OSCE Issue
- Children Be Center of Development Efforts in Africa
- Kasparov arrested for five days
- Nawaz Sharif Back in Pakistan
- Putin Accused West

Balkans
- Kosovo: After Elections
- Maas Said that There Is a Still Chance to Reach an Agreement Regarding Kosovo.
- ANA Claims It Has Supporters in Every Corner of Kosovo.
- Lavrov,Jeremic:Russia and Serbia Agree upon the Kosovo Issue.
- Slovenian Deputy of the EP:Aland Islands Model Is Unacceptable for Conditions in the Balkans.

Caucasus
- Workshop Discusses Issues on Improvement of Social Protection of Women in Migration Process
- China Pledges to Enhance Further Exchanges and Consultations With the Uzbekistan Parliament
- Georgian Democratization Process and the Latest Developments
- Armenian Expert: New Kars-Baku Railway Will Not Harm Armenia

police in an emergency, simply dial 022 from your landline or cell phone. Please note that the police dispatcher speaks only Georgian or Russian.

The loss or theft abroad of a U.S. passport should be reported immediately to the local police and the nearest U.S. Embassy or Consulate. If you are the victim of a crime while overseas, in addition to reporting to local police, please contact the nearest U.S. Embassy or Consulate for assistance. The Embassy/Consulate staff can, for example, assist you to find appropriate medical care, to contact family members or friends and explain how funds could be transferred. Although the investigation and prosecution of the crime is solely the responsibility of local authorities, consular officers can help you to understand the local criminal justice process and to find an attorney if needed.

See our information on Victims of Crime.

**MEDICAL FACILITIES AND HEALTH INFORMATION:** Medical care in Georgia is limited. There is a severe shortage of basic medical supplies, including disposable needles, anesthetics, and antibiotics. Elderly travelers and those with pre-existing health problems may be at risk due to inadequate medical facilities. It is recommended that travelers who intend to visit Georgia for at least two weeks get the hepatitis A vaccine and a pre-exposure rabies vaccine. Travelers are also encouraged to bring medicine to treat diarrhea, which regularly afflicts newcomers. Georgian doctors and hospitals often expect immediate cash payment before rendering medical services.

Information on vaccinations and other health precautions, such as safe food and water precautions and insect bite protection, may be obtained from the Centers for Disease Control and Prevention's hotline for international travelers at 1-877-FYI-TRIP (1-877-394-8747) or via the CDC site at http://wwwn.cdc.gov/travel/default.aspx. For information about outbreaks of infectious diseases abroad consult the World Health Organization's (WHO) web site at http://www.who.int/en. Further health information for travelers is available at http://www.who.int/ith/en.