**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Zurab Kakushadze, | ) | |
|     A46-132-266 | ) | |
|         Plaintiff, | ) | |
| | ) | 07 Civ. 8338 (DCF) |
| | ) | |
|     -against- | ) | ECF Case |
| | ) | |
| MICHAEL CHERTOFF, SECRETARY OF THE | ) | |
| DEPARTMENT OF HOMELAND SECURITY | ) | |
| | ) | |
|     and | ) | |
| ROBERT MUELLER, DIRECTOR, | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
|         Defendants. | ) | |

**MEMORANDUM OF LAW**
**IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

JAN H. BROWN
Law Office of Jan H. Brown, PC
1150 Ave. of the Americas, Ste. 700
New York, NY 10036

Attorneys for the Plaintiff

TABLE OF CONTENTS

|     |     | PAGE |
| --- | --- | --- |
| Preliminary Statement | | 1 |
| History of the Case | | 1 |
| Argument | | 2 |
| I. | The Defendants have not proposed any substantial jurisdictional issues in their Motion to Dismiss, which should therefore be denied. | 2 |
| II. | There is no law or mandate, congressional or otherwise, that calls for the completion of a "name check" before a naturalization application can be completed. | 5 |
| III. | USCIS has a duty to adjudicate this case, and allowing it to remain un-adjudicated indefinitely is to fail in that duty. | 8 |
| IV. | The APA imposes an independent duty on the Defendants to perform their nondiscretionary tasks in a timely fashion, with or without an explicit time frame specified within a specific law. | 10 |
| V. | Mandamus is appropriate in the instant case; should the courts cease to grant mandamus in this and similar cases, USCIS and/or the FBI can keep a file open indefinitely, thus failing to perform their nondiscretionary duty without check. | 14 |
| VI. | The courts have held that USCIS and the FBI have a non-discretionary duty to process an N-400 case in a timely manner. | 15 |
| VII. | Mandamus has been granted in similar cases, establishing a precedent wherein the district court compels USCIS and the FBI to complete work within a reasonable amount of time – usually days. | 17 |
| VIII. | The FBI has failed to perform its non-discretionary duty to process this background check in a timely fashion. | 18 |
| IX. | The Defendants' argument that name check cases are handled on a "first-in, first-served" basis is false. | 21 |
| X. | The Plaintiff wants his application processed in a timely manner for significant humanitarian reasons. | 22 |
| Conclusion | | 24 |