

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York  10007*

February 29, 2008

**BY HAND**

**MEMO ENDORSED**

Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 525
New York, New York 10007

    Re:    *Kakushadze v. Chertoff, et al.*, 07 Civ. 8338 (DCF)

Dear Judge Freeman:

    I write respectfully to request a two-week extension of the Government's time to submit its reply memorandum in further support of the Government's motion to dismiss. The Government's reply is currently due on March 5, 2008, based on the Court's February 6, 2008 Order granting plaintiff a two-week extension of time to file his memorandum in opposition to the Government's motion. If the present request is granted, the Government's memorandum will be due no later than March 19, 2008.

    This is the Government's first request for an extension of time regarding its reply memorandum. Petitioner consents to this request for an extension.

    I thank the Court for its consideration of this request.

Respectfully submitted,

SO ORDERED:  DATE: 2/29/08

*[signature]*
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. GARCIA
United States Attorney
*Attorney for Defendants*

By: *[signature]*
DANIEL P. FILOR
Assistant United States Attorney
Telephone:  (212) 637-2726
Facsimile:  (212) 637-2717

cc: Jan Brown, Esq. (Counsel for petitioner) (by fax)