

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

March 18, 2008

**BY FACSIMILE (212) 805-4258**

MAR 18 2008

Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 525
New York, New York 10007

**MEMO ENDORSED**

Re: *Kakushadze v. Chertoff, et al.*, 07 Civ. 8338 (DCF)

Dear Judge Freeman:

    I write to respectfully request that the Government defendants be permitted to submit a reply memorandum in further support of their motion to dismiss that exceeds the Court's normal ten-page limitation. The Government must respond to several different arguments contained in petitioner's twenty-five page opposition memorandum. The Government anticipates that a total of fifteen pages would be sufficient for its reply memorandum and asks that the Court permit this extension of the page limitation. Petitioner consents to this request for a page extension.

    I thank the Court for its consideration of this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
*Attorney for Defendants*

By: _____
DANIEL P. FILOR
Assistant United States Attorney
Telephone: (212) 637-2726
Facsimile: (212) 637-2717

cc: Jan Brown, Esq. (Counsel for petitioner) (by fax)

SO ORDERED:  DATE: 3/20/08

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

TOTAL P.02