PROOF OF SERVICE

I, Jan H. Brown, Esq., hereby declare:

I am over the age of eighteen years and not a party to the above entitled action. My business address is 1150 Ave. of the Americas, Ste. 700 New York, NY 10036.

On May 8, 2008I caused the enclosed documents, **REQUEST FOR PRODUCTION OF DOCUMENTS,** to be mailed to the following parties in said action by placing them in an envelope and mailing said envelope to the address set forth below:

>MICHAEL J. GARCIA
>United States Attorney for the
>Southern District of New York
>ATTN: Daniel P. Filor
>86 Chambers Street
>New York, NY 10007

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF The United States that the foregoing is true and correct.

Executed on May 8, 2008 in New York, NY.

_____
Jan H. Brown, Esq.